COSTALAW
JOSEPH P. COSTA, ESQ. (CA SBN: 130131)
17383 SUNSET BLVD., SUITE A-350
PACIFIC PALISADES, CA 90272
PHONE: (310) 394-6611
FAX: (310) 394-6612
E-MAIL: JOSEPH.COSTA@COSTALAW.COM

ATTORNEYS FOR PLAINTIFFS
BOHO BRAND LLC AND BLK. BRAND LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- CENTRAL DISTRICT

| | |
|---|---|
| BOHO BRANDS LLC, A DELAWARE LIMITED LIABILITY COMPANY; **BLK. BRANDS LLC, A NEW JERSEY LIMITED LIABILITY COMPANY**<br><br>        Plaintiffs,<br><br>                v.<br><br>MODERN INDUSTRY LLC, an LLC of unknown origin; DYLAN GARBER, an individual and Does 1-10,<br><br>        Defendants. | Case No. 2:20-cv-03333 JFWx<br><br>ORDER FOR ENTRY OF PERMANENT INJUNCTION PURSUANT TO STIPULATION OF THE PARTIES<br><br>**Judge John J. Walter (Courtroom 7A)**<br>**Magistrate Judge Jean P. Rosenbluth**<br>**Courtroom:  7A** |

## <u>PERMANENT INJUNCTION ORDER</u>

This cause has come before the Court upon the application of the parties pursuant to a Stipulation resolving all claims commenced in the above-captioned matter and the Court being fully advised:

ORDERS, ADJUDGES and DECREES that

Defendants Modern Industry LLC, and Dylan Garber, and their partners, subsidiaries, officers, agents, servants, employees, attorneys and those persons or companies in active concert or participation with them, or any of them, be and hereby are permanently enjoined from:

(a) Importing into or exporting out of the United States, its territories or possessions, any goods ("BLK. Goods") which bear a copy of the mark BLK. (Reg. No. 5,683,299) or blk. (Reg. No. 4,034,182) (collectively, the "BLK. Marks") or any confusingly similar variations thereof;

(b) Manufacturing, assembling, or participating in the manufacture or assembly of any BLK Goods;

(c) Buying or selling or offering, advertising, or marketing for sale or to sell any BLK. Goods;

(d) Otherwise using the BLK. Marks; or

(e) Holding themselves out as having any business relationship with either Plaintiff.


DONE and ORDERED in chambers at the United States District Courthouse,  this 9th day of September, 2020.


_____
U.S. DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA